UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -against-

Marlon Paulino

                              Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( )( )

21mj3828

Defendant __Marlon Paulino_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_ Initial Appearance Before a Judicial Officer

_X_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

/S/ Marlon Paulino by Sanford Talkin     /S/ Sanford Talkin
Defendant's Signature                                       Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Marlon Paulino**                  **Sanford Talkin**

Print Defendant's Name                    Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_4/8/21_                         Stewart D. Aaron
Date                                   ~~U.S. District Judge~~/U.S. Magistrate Judge